UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY ISBERG,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC,<br><br>Defendant. | <br><br><br><br>Case No. 26-cv-10806<br><br>Honorable Robert J. White |

**ORDER GRANTING DEFENDANT ROCKET MORTGAGE, LLC'S MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS (ECF No. 15)**

Plaintiff Ashley Isberg sued Defendant Rocket Mortgage, LLC (Rocket) for employment discrimination based on her disabilities. (ECF No. 1). Rocket moved to dismiss all of Isberg's claims under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 9, PageID.45). Presently before the Court is Rocket's motion to stay discovery until the Court resolves the motion to dismiss. (ECF No. 15). Isberg opposed the motion to stay. (ECF No. 16).

"Trial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." *Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999). Ultimately, because there is a possibility that the motion to dismiss could resolve all pending claims, the Court will grant the

motion to stay to conserve the parties' and the Court's resources. Once the Court decides the motion, it will lift the stay and work with the parties to set a schedule such that discovery may proceed expeditiously.

* * *

For the reasons given, the Court **ORDERS** that the motion to stay discovery pending motion to dismiss (ECF No. 15) is **GRANTED**.

Dated: August 5, 2026

s/Robert J. White
Robert J. White
United States District Judge